# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIA FLANDERS, | No. EDCV 05-909 FFM |
| Plaintiff, | |
| v. | JUDGMENT OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated September 20, 2011.

DATED:  September 20, 2011

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge