UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE FLANDERS,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | CASE NO. CV 10-08266 FFM<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT O THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR THOUSAND ONE-HUNDRED DOLLARS AND NO CENTS ($4,100.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: November 29, 2011

  /S/ FREDERICK F. MUMM
  FREDERICK F. MUMM
  United States Magistrate Judge

1